UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

GENEEZA WALLS,

                                       Plaintiff,    STIPULATION AND
                                                                       ORDER OF SETTLEMENT
                                                                       AND DISCONTINUANCE
                -against-

THE CITY OF NEW YORK, ET. AL.,                 10 Civ. 5769 (KAM)(VVP)

                                                   Defendants,
----------------------------------------------------------------------X

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
         December ____, 2011

| | |
|---|---|
| UGOCHUKWU UZOH | MICHAEL A. CARDOZO |
| Ugo Uzoh, P.C. | Corporation Counsel of the |
| *Attorney for Plaintiff* |   City of New York |
| 304 Livingston Street, Suite 2R | *Attorney for Defendants* |
| Brooklyn, NY 11217 | 100 Church Street, Rm. 3-173 |
| (718) 874-6045 | New York, New York 10007 |
| By: _____ | By: _____ |
|     Ugo Uzoh |     Jenny Weng |
|     *Attorney for Plaintiff* |     *Assistant Corporation Counsel* |

SO ORDERED:

                          s/KAM

_____ 12/16/11
HON. KIYO A. MATSUMOTO, U.S.D.J.